# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

February 15, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Joshua Gerald Volkenant and Allison Marie Volkenant
      BKY No. 09-41446

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $1.92 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:   United States Trustee

C:\Data\randy\Trustee-Mpls\Volkenant\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd